**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>MICHAEL J. ROGERS, et al.,<br><br>Defendant(s). | CASE NO. CV 12-09611-RGK (JCGx)<br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the June 4, 2013 Chapter 7 Bankruptcy filed by defendant, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: June 6, 2013

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**