# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL J. ROGERS, an individual doing business as "Rogers Plumbing",<br><br>　　　　Defendant. | Case No.: CV 12-09611 RGK(JCGx)<br><br>Assigned to the Honorable<br>R. Gary Klausner<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. Proc. 41(a) and the "Stipulation to Reinstate the Action on the Court's Active Caselist and then Dismiss the Action, Without Prejudice," and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This entire action against Defendant Michael J. Rogers, an individual doing business as "Rogers Plumbing," is dismissed, without prejudice.

DATED: December 20, 2013     _____
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Rogers_[Proposed] Order.doc　　　　1　　　　Order